# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Hoang Hai Nguyen, | ) | |
| | ) | Case No. 1-18-cr-5 |
| Defendant. | ) | |

Upon the Defendant's motion, the court previously allowed the Defendant leave to travel to Vietnam on a number of conditions. (Doc. No. 26). This leave was to extend from March 21, 2018 until April 4, 2018, at which time the Defendant would again be subject to the conditions of release previously imposed by the court. (Doc. No. 5). Counsel for the Defendant contacted the court to indicate Defendant could only secure the necessary transportation on March 20, 2018. Accordingly, the court **AMENDS** its previous order to be effective March 20, 2018. (Doc. No. 26). The order shall remain effective in all other respects.

**IT IS SO ORDERED.**

Dated this 20th day of March, 2018.

                 */s/ Charles S. Miller, Jr.*
                 Charles S. Miller, Jr., Magistrate Judge
                 United States District Court